IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES A. ARMSTRONG, # 21331-017, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:18cv291-WKW-CSC |
| v. ) | Civil Action No. 2:18cv161-WKW |
| ) | |
| WALTER WOODS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On March 4, 2018, Plaintiff Charles A. Armstrong ("Armstrong"), an inmate at Federal Prison Camp Montgomery ("FPC Montgomery"), filed the above-captioned action pursuant to *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). Armstrong has not submitted the applicable filing and administrative fees, nor has he submitted an original affidavit in support of a motion for leave to proceed *in forma pauperis* with the required documentation from the inmate account clerk at FPC Montgomery. The pleadings filed by Armstrong do not provide the court with the information necessary for a determination whether he should be allowed to proceed without prepayment of a filing fee in this cause of action. Absent either prepayment of the requisite fees or granting of *in forma pauperis* status, this case cannot continue before the court. Accordingly, it is

ORDERED that on or before March 28, 2018, Armstrong shall file either an appropriate affidavit to support a motion for leave to proceed *in forma pauperis*, or, if

Armstrong does not seek *in forma pauperis* status, submit the the $400 filing and administrative fees.[1]

To aid Armstrong in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court. Armstrong is advised it is his responsibility to seek the necessary financial information from the inmate account clerk. Armstrong is cautioned that if he fails to comply with this order, the Magistrate Judge will recommend this case be dismissed.

Armstrong shall immediately inform the court and Defendant or Defendant's counsel of record of any change in his address. Failure to provide a correct address to this court within ten (10) days following any change of address will result in the dismissal of this action.

DONE, this 14th day of March, 2018.

      /s/   Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] If Armstrong seeks leave to proceed *in forma pauperis*, his IFP request must be accompanied by a prison account statement from the account clerk at FPC Montgomery showing the average monthly balance in his prison account for the six-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.